```
DEMETRICK TERRELL WILLIAMS      TOYOTA FINANCIAL
124 BERING ST                   ATTN: BANKRUPTCY
VICKSBURG, MS 39180             PO BOX 22171
                                TEMPE, AZ 85285



THOMAS C. ROLLINS, JR.          VICKSBURG CREDIT
THE ROLLINS LAW FIRM, PLLC      1403 CLAY ST
P.O. BOX 13767                  VICKSBURG, MS 39183
JACKSON, MS 39236



CAPITAL ONE                     WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY                P.O. BOX 76809
PO BOX 30285                    LOS ANGELES, CA 90054
SALT LAKE CITY, UT 84130



CAPITAL ONE AUTO                WFC
7933 PRESTON RD                 P.O.BOX 6429
PLANO, TX 75024                 GREENVILLE, SC 29606



CITIBANK
PO BOX 790046
ST LOUIS, MO 63179



CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113



MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236



SECURITY FINANCE
ATTN: BANKRUPTCY
PO BOX 3146
SPARTANBURG, SC 29304



SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896
```