Certificate Number: 17082-MSS-DE-040433859

Bankruptcy Case Number: 25-03208



17082-MSS-DE-040433859

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 20, 2025, at 3:34 o'clock PM MST, DEMETRICK T WILLIAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: December 20, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director