## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                    **CHAPTER 13 NO.:**

**DEMETRICK TERRELL WILLIAMS**                    **25 – 03208 – JAW**


### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      The Debtor filed a Chapter 13 Petition on December 16, 2025, and a 341(a) Meeting of Creditors was held on January 20, 2026.

2.      Upon information and belief, this plan has not been filed in good faith.

3.      That, Debtor's plan proposes to pay the sum of $150.00 total to unsecured creditors.  Said amount is not a meaningful distribution to unsecured creditors and the disbursement of same would be cost prohibitive to the Trustee.  Debtor's plan should be modified to reduce the distribution to unsecured creditors to $0.00 or confirmation should be denied and this case dismissed.

4.      The Trustee hereby objects to any amended plan filed hereafter.

5.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated:  January _____21_____, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr._____
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX: 601/362-8826
EMAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Demetrick Terrell Williams
124 Bering St.
Vicksburg MS 39180

Dated:  January _____21_____, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.