

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: February 5, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

DEMETRICK TERRELL WILLIAMS                           25 – 03208 – JAW

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Confirmation [DK #19]; and the parties agree as follows:

THAT, the Trustee's Objection to Confirmation is hereby withdrawn.

THAT, the Debtor's plan is hereby modified to pay a 0% distribution to unsecured creditors.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM


/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR