United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 25-03208-JAW
Demetrick Terrell Williams                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                      Page 1 of 2
Date Rcvd: Feb 11, 2026                       Form ID: n031                                     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Demetrick Terrell Williams, 124 Bering St, Vicksburg, MS 39180-6112 |
| 5603071 | + | Vicksburg Credit, 1403 Clay St, Vicksburg, MS 39183-3013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2026 19:43:52 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5604542 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2026 19:43:48 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5603063 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2026 19:43:48 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5603064 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 11 2026 19:43:49 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5604543 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 11 2026 19:43:52 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5603065 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2026 19:54:02 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5603066 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2026 19:43:44 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5622719 | + | Email/Text: peritus@ebn.phinsolutions.com | Feb 11 2026 19:41:00 | Flowering Peach BKY, LLC, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5617773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2026 19:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5622182 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2026 19:43:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5603067 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 11 2026 19:40:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5603068 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Feb 11 2026 19:40:00 | Security Finance, Attn: Bankruptcy, Po Box 3146, Spartanburg, SC 29304-3146 |
| 5603069 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 11 2026 19:43:44 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5603070 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 11 2026 19:40:00 | Toyota Financial, Attn: Bankruptcy, Po Box |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: n031 | Total Noticed: 20 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 22171, Tempe, AZ 85285-2171 |
| 5619274 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 11 2026 19:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5603072 | ^ | MEBN | Feb 11 2026 19:38:23 | Westlake Portfolio, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 5603073 | + | Email/Text: bk@worldacceptance.com | Feb 11 2026 19:41:00 | Wfc, P.O.Box 6429, Greenville, SC 29606-6429 |
| 5609269 | + | Email/Text: bk@worldacceptance.com | Feb 11 2026 19:41:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Demetrick Terrell Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−03208−JAW
**Chapter:** 13

**In re:**

Demetrick Terrell Williams
124 Bering St
Vicksburg, MS 39180

Notice of Entry of Order Confirming Plan

The Court entered an Order on February 11, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: February 11, 2026                    Danny L. Miller, Clerk of Court